1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
4  KARISSA D. NEFF
   Assistant United States Attorney
   Nevada Bar No. 9133
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  Phone: (702) 388-6336
   Karissa.Neff@usdoj.gov
7
   *Attorneys for the United States*
8

9           UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
10

11 William Burke,                          Case No. 2:24-cv-01617-RFB-MDC

12            Plaintiff,                   **Stipulation to Extend United States'
                                           Deadline to File Response to Plaintiff's
13       v.                                Complaint**

14 United States of America,               **(First Request)**

15            Defendant.

16       Plaintiff, William Burke, through counsel and the United States of America, on

17 behalf of Federal Defendants, through undersigned counsel, hereby agree and stipulate to

18 extend the deadline to file a responsive pleading to Plaintiff's Complaint under the Federal

19 Tort Claims Act by 10 days, until **November 22, 2024**. The parties enter into this stipulate

20 based on the following:

21       1.    Plaintiff filed the Complaint on September 3, 2024 (ECF No. 1).

22       2.    Plaintiff served the United States with a copy of the Summons and

23 Complaint on September 11, 2024.

24       3.    The current deadline for the United States to respond to the Plaintiff's

25 Complaint is November 12, 2024.

26       Plaintiff and the United States, through undersigned counsel, agree and stipulate

27 that the United States' time to respond to the Plaintiff's Complaint shall be extended to

28 November 22, 2024. This is the first request for an extension of time.

The extension of time is necessary for the United States' counsel additional time to properly respond to the allegations in Plaintiff's complaint.

Therefore, the parties request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiff's Complaint to November 22, 2024.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 6th day of November 2024.

| | |
|---|---|
| BERTOLDO CARTER SMITH & CULLEN | JASON M. FRIERSON<br>United States Attorney |
| /s/ Lawrence J. Smith<br>LAWRENCE J. SMITH, ESQ.<br>Nevada Bar No. 6505<br>7408 W. Sahara Avenue<br>Las Vegas, Nevada 89117 | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 11/7/2024