UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William Burke,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>United States of America.,<br><br>　　　　　Defendant. | 2:24-cv-01617-RFB-MDC<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 13) is DENIED WITHOUT PREJUDICE. The parties do not show any good cause or articulable reasons why a longer discovery period is necessary. The parties also need to include the full language of LR 26-1(b)(5) in connection with the joint pretrial order deadline.

DATED this 4th day of February 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge